

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) David M. Williams  173211
   (Name of Plaintiff)    (Inmate Number)

1181 Paddock Rd Smyrna, De 19977
(Complete Address with zip code)

- 7

(2) _____
   (Name of Plaintiff)    (Inmate Number)

(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Department of Corrections
(2) Correctional Medical Systems
(3) _____
   (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

## CIVIL COMPLAINT

• • Jury Trial Requested

FILED
JUN 18 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

1:05-CV-00597-GMS

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? **(Yes)** ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? •**(Yes)**• ••No

C. If your answer to "B" is Yes:

1. What steps did you take? I went to medical, I was told to reply if problem persist

2. What was the result? I wasn't placed on sick call list.

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Department of Corrections
Employed as Medical Systems at James Vaughn Correctional
Mailing address with zip code: 1181 Paddock Road Smyrna Delaware. 19977

(2) Name of second defendant: Department of Correctional, Et, AL.
Employed as N/A at N/A
Mailing address with zip code: N/A

(3) Name of third defendant: none
Employed as none at none
Mailing address with zip code: none
none

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I David M. Williams, injured my back on June 2nd 2008 I wasn't seen by medical until June 12th 2008, and I was moved from D-East to V-Building.

2. While at V-Building I was placed on a Top Bunk which caused me to hurt my back more because of the getting up and down off the top bunk.

3. The medical takes as much as a week to see a person, my foot is also problematic because of a screw in my foot I was also chronic care at one time.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want the Court to make the prison give me my status as chronic care and stop charging me for chronic care also to move me to a

3

2. Permenant bottom Bunk, because I continue to inJure my back due to the top bunk I keep being put on. and Some medical care by a professional.

3. also monetary damages for negelience and deliberate indifference to medical care, and pain and Suffering for lack of medical Care. $25,000

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __16th__ day of __June__, 20__08__.

__David M. Williams__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL**  DENTAL  MENTAL HEALTH

NSC/
22726

David M. Williams
Name (Print)

11-09-64
Date of Birth

173211
SBI Number

V-Greentree
Housing Location

March 31st 2005
Date Submitted

Complaint (What type of problem are you having)?

Back and Right foot Problems. Pain in Back, Need operation from injury on Job. and screw in Right foot. Cannot do Greentree Program due to injuries.

David M. Williams           3-31-05
Inmate Signature            Date

**The below area is for medical use only. Please do not write any further.**

S: You have been scheduled for medical ___ 6

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:

P:

E:

RECEIVED
APR 4 2005

Provider Signature & Title           Date & Time

Exhibit

3/1/99 DE01
FORM#:
MED
263

HABEAS, PaperDocuments

## U.S. District Court
### District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00386-GMS
### Internal Use Only

Williams v. Carroll et al  
Assigned to: Honorable Gregory M. Sleet  
Related Cases: 1:01-cv-00191-SLR  
                1:01-cv-00668-GMS  
                1:88-cv-00505-LON  
                1:91-cv-00472-JJF  
                1:94-cv-00221-RRM  
                1:05-cv-00597-GMS  
Case in other court: DE Superior, 9807002178  
                    DE Superior, 980700897  
                    DE Superior, 980700898  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/13/2005  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

### Petitioner

**David M. Williams**      represented by **David M. Williams**  
                                                          SBI #173211  
                                                          Delaware Correctional Center  
                                                          1181 Paddock Road  
                                                          Smyrna, DE 19977  
                                                          PRO SE

V.

### Respondent

**Warden Thomas Carroll**      represented by **Gregory E. Smith**  
                                                          Department of Justice  
                                                          820 N. French Street, 6th Floor  
                                                          Wilmington, DE 19801  
                                                          (302) 577-8400  
                                                          Email: greg.smith@state.de.us  
                                                          *LEAD ATTORNEY*  
                                                          *ATTORNEY TO BE NOTICED*

### Respondent

**Attorney General of State of Delaware**      represented by **Gregory E. Smith**  
                                                          (See above for address)  
                                                          *LEAD ATTORNEY*  
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2005 | 1 | PETITION for Writ of Habeas Corpus - filed by David M. Williams. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(els, ) (Entered: 06/14/2005) |
| 06/13/2005 | 2 | Letter to Clerk from David Williams regarding indigent status. (Attachments: # 1 Commissary Statement)(els, ) Modified on 6/30/2005 (dab, ). (Entered: 06/14/2005) |
| 06/22/2005 |  | Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb, ) (Entered: 06/22/2005) |
| 07/19/2005 | 3 | ORDER, granting request to proceed informa pauperis and notifying petitioner that AEDPA applies to petition. Petitioner must file attached election form with the court. (Copy to pet. with Mag. Consent Form & AEDPA Form) Notice of Compliance deadline set for 8/18/2005.. Signed by Judge Gregory M. Sleet on 7/19/05. (mmm, ) (Entered: 07/19/2005) |
| 07/26/2005 | 4 | AEDPA Election Form filed by petitioner and requesting the Court to rule on the 2254 as currently pending. (asw ) (Entered: 07/26/2005) |
| 08/19/2005 | 5 | Letter to the Honorable Gregory M. Sleet from David M. Williams. (Attachments: # 1)(mmm) (Entered: 08/22/2005) |
| 08/31/2005 | 6 | ORDER, Clerk shall serve by certified mail a copy of the petition, the order dated 7/19/05,the AEDPA election form, the supplemental letter with an attachment, and this order upon the Warden and the Attorney General. Within 45 days of receipt, respondents shall respond as directed. (Copy to petitioner, Warden & AG). Signed by Judge Gregory M. Sleet on 8/26/05. (mmm) (Entered: 08/31/2005) |
| 08/31/2005 | 7 | Postal Receipt(s) for the mailing of the documents referred to in D.I. 6 to Thomas Carroll, Attorney General of State of Delaware. (mmm) (Entered: 08/31/2005) |
| 09/02/2005 | 8 | ACKNOWLEDGEMENT OF SERVICE Executed as to 6 Order (AEDPA) Service Order (2254), Order (AEDPA) Service Order (2254) Acknowledgement filed by Attorney General of State of Delaware. (mmm) (Entered: 09/06/2005) |
| 09/02/2005 | 9 | Return of Undeliverable Mail sent to Warden, Delaware Correctional Service. (mmm) (Entered: 09/06/2005) |
| 09/06/2005 | 10 | Postal Receipt(s) for the re-mailing of process to Thomas Carroll. (mmm) (Entered: 09/06/2005) |
| 09/09/2005 | 11 | ACKNOWLEDGEMENT OF SERVICE Executed as to 6 Order (AEDPA) Service Order (2254), Order (AEDPA) Service Order (2254). Acknowledgement filed by Thomas Carroll. (mmm) (Entered: 09/09/2005) |
| 10/17/2005 | 12 | NOTICE of Filing of State Court Records by Thomas Carroll, Attorney |

| | | |
|---|---|---|
| | | General of State of Delaware (Attachments: # 1 Certificate of Compliance service)(Smith, Gregory) (Entered: 10/17/2005) |
| 10/17/2005 | ◉13 | First MOTION for Extension of Time to File Answer - filed by Thomas Carroll, Attorney General of State of Delaware. (Attachments: # 1 Text of Proposed Order # 2 Certificate of Compliance service# 3 Certificate of Compliance Rule 7.1.1)(Smith, Gregory) (Entered: 10/17/2005) |
| 10/18/2005 | ◉ | SO ORDERED, re 13 First MOTION for Extension of Time to File Answer filed by Attorney General of State of Delaware, Thomas Carroll, Reset Answer Deadline: Thomas Carroll answer due 10/21/2005; Attorney General of State of Delaware answer due 10/21/2005. Signed by Judge Gregory M. Sleet on 10/18/05. (asw ) (Entered: 10/18/2005) |
| 10/20/2005 | ◉14 | RESPONSE to Petition for Writ of Habeas Corpus by Thomas Carroll, Attorney General of State of Delaware. (Attachments: # 1 Certificate of Compliance service)(Smith, Gregory) (Entered: 10/20/2005) |
| 11/01/2005 | ◉15 | DEFICIENCY NOTICE by the Court issued to David Williams returning Letter dated 10/27/05 with exhibits due to lack of service on local counsel. (asw ) (Entered: 11/01/2005) |
| 11/28/2005 | ◉16 | Letter to Honorable Gregory M. Sleet from David M. Williams regarding additional caselaw to support his petititon - re 1 Petition for Writ of Habeas Corpus. (mmm) (Entered: 11/30/2005) |
| 02/22/2006 | | ***Set Paper Documents Flag (rbe, ) (Entered: 02/22/2006) |
| 05/04/2006 | ◉17 | Letter to Clerk of the Court from David M. Williams regarding request for docket sheet. (mmm) (Entered: 05/04/2006) |
| 05/04/2006 | ◉ | EXIT docket sheet to the petitioner on 5/4/06. (mmm) (Entered: 05/04/2006) |

I/M: David M. Williams
SBI# 173211    UNIT 23-A-upper 8
**DELAWARE CORRECTIONAL CENTER**
**1181 PADDOCK ROAD**
**SMYRNA, DELAWARE 19977**




US District Court
Lock Box 18
Wilmington, Delaware
19801

Legal mail

THIS LETTER WAS SENT BY AN INMATE WHO IS IN STATE PRISON. THE STATE IS NOT RESPONSIBLE FOR DEBTS INCURRED OR FOR THE CONTENTS OF THE LETTER.