KL

NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: 08-367-GMS

DAVID M. WILLIAMS,
        PLAINTIFF.


                    v.

DISTRICT COURT
JUDGE:GMS

DEPARTMENT OF CORRECTIONALS,
CORRECTIONAL MEDICAL SYSTEMS,
                DEFENDANTS.


Notice is hereby given that DAVID M. WILLIAMS, PETITIONER.

Appeals to the United States Court of Appeals for the Third Circuit from ☐ Judgment ☒ Order,

☐ Other (specify) MOTION TO PROCEED, IN 3RD CIRCUIT, FROM DELAWARE

DISTRICT COURT,844 KING STREET. WILMINGTON, DELAWARE.19801

Entered in this action on JUNE 26,2008

Dated: 8-06-2008

_David M. Williams_
(Counsel for Appellant-Signature)

DAVID M. WILLIAMS, PRO-SE.
        (Name of Counsel – Typed)

1181 PADDOCK, ROAD.
        (Address)

SMYRNA, DELAWARE
        (City, State Zip)

19977
        (Telephone Number)

DEPARTMENT OF JUSTICE
Counsel for Appellee

820 N. FRENCH ST .
        (Address)

WILMINGTON, DELAWARE
        (City, State Zip

19801
        Telephone Number

*KL*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DAVID M. WILLIAMS,                )
                                  )
            Plaintiff,            )
                                  )
      v.                          ) Civil Action No. 08-367-GMS
                                  )
                                  )
DEPARTMENT OF CORRECTIONS,        )
CORRECTIONAL MEDICAL SYSTEMS,     )
                                  )
                                  )
            Defendants.           )

**ORDER**

1.    The plaintiff David M. Williams, SBI #173211, a pro
se litigant who is presently incarcerated, has filed this action
pursuant to 42 U.S.C. § 1983 and has requested leave to proceed
in forma pauperis pursuant to 28 U.S.C. § 1915.

2.    Based on the plaintiff's submissions, his request
to proceed in forma pauperis is granted.  Pursuant to 28 U.S.C. §
1915(b), the plaintiff shall be assessed the filing fee of
$350.00.  The Court has determined that the **plaintiff has no
assets and no means to pay the initial partial filing fee,
nevertheless, any money the plaintiff later receives will be
collected in the manner described below.**

3.    The plaintiff shall, within thirty days from the
date this order is sent, complete and return to the Clerk of
Court, the attached authorization form allowing the agency having

Case 1:08-cv-00367-GMS    Document 4    Filed 06/26/2008    Page 2 of 4

custody of him to forward all payments required by 28 U.S.C. §
1915(b)(2) to the Clerk of the Court. **FAILURE OF THE PLAINTIFF
TO RETURN THE AUTHORIZATION FORM TO THE CLERK OF COURT WITHIN
THIRTY DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN
DISMISSAL OF THIS ACTION.**

    4.    The plaintiff shall be required to make monthly
payments of 20 percent (20%) of the preceding month's income
credited to the plaintiff's prison trust acccunt and absent
further order of the Court, the Warden or other appropriate
official at Delaware Correctional Center, or at any prison at
which the plaintiff is or may be incarcerated, shall forward
payments from his account to the Clerk of the Court each time the
amount in the account exceeds $10.00 until the filing fee is
paid. **NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT
SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS
FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF
MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO
IS IMMUNE FROM SUCH RELIEF.**

    5.    Pursuant to 28 U.S.C. § 1915(g), if plaintiff has
had three or more actions dismissed by the Court on the grounds
that they were frivolous, malicious, or failed to state a claim
upon which relief may be granted, the Court shall deny plaintiff
leave to proceed in forma pauperis all future suits filed without
prepayment of the filing fee, unless the Court determines that

plaintiff is under imminent danger of serious physical injury.

DATED: June 26, 2008

United States District Judge

FILED

JUN 2 6 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M David M. Williams

SBI# 173211     UNIT V

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977





02 1A
0004608975          AUG 12 2008
MAILED FROM ZIP CODE 19977

$ 00.42⁰



U.S.M.S.
X-RAY

Office of The Clerk
U.S. Court of appeals
21400 U.S. Courthouse, 601 Market St.
Philidelphia, Pa.
19106

OFFICE OF THE CLERK

**MARCIA M. WALDRON**

CLERK

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE

215-597-2995

August 21, 2008

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

Re: Williams v. Department of Corrections
D. Del. No. 08-cv-00367

Dear Mr. Dalleo:

Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal from the District Court order entered 6/26/08 which was filed with this office in error. See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. **The notice was placed in prison mail on 8/6/08 and should be docketed as of that date.**

This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. Upon receipt of the document, kindly process it according to your Court's normal procedures. If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court. This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

Thank you for your assistance in this matter.

Very truly yours,

Marcia M. Waldron, Clerk

By: /s/ Laura L. Davis
Deputy Clerk

Enclosure
cc: David Williams (w/out enclosure)